STEPHEN A. SCOTT (SBN 67467)
DARA M. TANG (SBN 231413)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA  94065
Telephone:     650.637.9100
Facsimile:      650.637.8071

Attorneys for Defendants
CACH, LLC and VANESSA MARTINEZ

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA SWAIN, on behalf of herself and all others similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>CACH, LLC, HOLLINS SCHECHTER, LLP, RUDY GABA and VANESSA MARTINEZ<br><br>Defendants. | Case No.  C 08-05562 JW<br><br>**STIPULATION OF THE PARTIES REGARDING MEDIATION AND CONTINUANCE OF DEADLINES; ORDER OF THE COURT** |

### STIPULATION OF THE PARTIES

WHEREAS, on December 12, 2008, Plaintiffs filed this present complaint in the Northern District of California, alleging causes of action for (1) Violations of the Federal Fair Debt Collection Practices Act; (2) California Unfair Competition Law; (3) California Business and Professions Code §17200; (4) Declaratory Relief, and (5) Unjust Enrichment;

WHEREAS, Defendants RUDY GABA and HOLLINS SCHECHTER, LLP filed a Motion to Dismiss and a Motion to Strike on May 18, 2009, and said motions are set for hearing on June 29, 2009;

WHEREAS, pursuant to an agreement between the parties, Defendants CACH, LLC and VANESSA MARTINEZ have not yet filed a responsive pleading;

/ / /

WHEREAS, in the course of meeting and conferring, the parties agreed to submit the matter to mediation with JAMS, with mediation scheduled to occur either July 14, 2009 or July 15, 2009;

WHEREAS, there are upcoming hearings and deadlines, including the Rule 26(f) Report which is currently due on June 19, 2009, the Motions to Dismiss and Strike on June 29, 2009, and a case management conference on June 29, 2009;

WHEREAS, in the interests of judicial economy and efficiency, and in an effort to resolve this matter without further litigation, the parties have agreed to continue all the upcoming deadlines and hearings for 60 days after the mediation of this matter on July 14, 2009 or July 15, 2009;

IT IS HEREBY STIPULATED, by and between Plaintiff JUANITA SWAIN and Defendants CACH, LLC, VANESSA MARTINEZ, RUDY GABA, and HOLLINS SCHECTER, LLP, through their respective counsel, that this matter will be set for a mediation with JAMS.

IT IS FURTHER STIPULATED by and between the parties that all the upcoming hearings and deadlines will be continued two months after the mediation date. The continued dates will be as follows:

| Hearing/Deadline | Original Date | Continued Date |
|---|---|---|
| Rule 26(f) Report | June 19, 2009 | Sept. 18, 2009 |
| Motions to Dismiss and Strike | June 29, 2009 | Sept. 28, 2009 |
| Case Management Conference | June 29, 2009 | Sept. 28, 2009 |

///
///
///

IT IS FURTHER STIPULATED that the filing and service of the opposition and reply papers to the Motions to Dismiss and Strike will correspond with the continued hearing date.

IT IS SO STIPULATED.

Dated: June 16 2009

LAW OFFICE OF WILLIAM E. KENNEDY

By _____
WILLIAM E. KENNEDY
Attorneys for Plaintiff
JUANITA SWAIN

Dated: June ___ 2009

HOLLINS SCHECTER, LLP

By _____
KATHLEEN MARY KUSHI CARTER
Attorneys for Defendants
HOLLINS SCHECTER and RUDY GABA

Dated: June 16 2009

HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP

By _____
STEPHEN A. SCOTT
DARA M. TANG
Attorney for Defendants
CACH, LLC and VANESSA MARTINEZ

201294 -3-
**STIPULATION OF THE PARTIES REGARDING MEDIATION AND CONTINUANCE OF DEADLINES; ORDER OF THE COURT – CASE NO.: C 08-05562 JW**

| | |
|---|---|
| 1 | IT IS FURTHER STIPULATED that the filing and service of the opposition and reply papers to the Motions to Dismiss and Strike will correspond with the continued hearing date. |
| 2 | |
| 3 | IT IS SO STIPULATED. |

Dated: June ___ 2009                    LAW OFFICE OF WILLIAM E. KENNEDY


By_____
    WILLIAM E. KENNEDY
    Attorneys for Plaintiff
    JUANITA SWAIN


Dated: June *16* 2009                    HOLLINS SCHECTER, LLP



By *[signature: Kathleen Mary Kushi Carter]*
    KATHLEEN MARY KUSHI CARTER
    Attorneys for Defendants
    HOLLINS SCHECTER and RUDY GABA

*Jeffrey R. Gillette*

Dated: June ___ 2009                    HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP



By_____
    STEPHEN A. SCOTT
    DARA M. TANG
    Attorney for Defendants
    CACH, LLC and VANESSA MARTINEZ

201294                    -3-

**STIPULATION OF THE PARTIES REGARDING MEDIATION AND CONTINUANCE OF DEADLINES;
ORDER OF THE COURT – CASE NO.: C 08-05562 JW**

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT the following hearings and deadlines will be continued as follows:

| Hearing/Deadline | Original Date | Continued Date |
| --- | --- | --- |
| Rule 26(f) Report | June 19, 2009 | Sept. 18, 2009 |
| Motions to Dismiss and Strike | June 29, 2009 | **June 29, 2009 at 9 a.m.** |
| Case Management Conference | June 29, 2009 | VACATED. |

The Court will set a new Case Management Conference date in its Order addressing Defendants' Motion to Dismiss.

Dated: June 23, 2009

_____
JAMES WARE
United States District Judge

201294                        -4-

STIPULATION OF THE PARTIES REGARDING MEDIATION AND CONTINUANCE OF DEADLINES;
ORDER OF THE COURT – CASE NO.: C 08-05562 JW