```
1  STEPHEN A. SCOTT (SBN 67467)
   DARA M. TANG (SBN 231413)
2  HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
   203 Redwood Shores Parkway, Suite 480
3  Redwood City, CA  94065
   Telephone:    650.637.9100
4  Facsimile:    650.637.8071

5  Attorneys for Defendants
   CACH, LLC and VANESSA MARTINEZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA SWAIN, on behalf of herself and all others similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>CACH, LLC, HOLLINS SCHECHTER, LLP, RUDY GABA and VANESSA MARTINEZ<br><br>Defendants. | Case No.  C 08-05562 JW<br><br>**STIPULATION OF PLAINTIFF AND DEFENDANTS CACH, LLC, AND VANESSA MARTINEZ REGARDING TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER OF THE COURT** |

**STIPULATION OF THE PARTIES**

WHEREAS, on December 12, 2008, plaintiff Juanita Swain filed this present complaint in the Northern District of California, alleging causes of action for (1) Violations of the Federal Fair Debt Collection Practices Act; (2) California Unfair Competition Law; (3) California Business and Professions Code §17200; (4) Declaratory Relief, and (5) Unjust Enrichment;

WHEREAS, on July 30, 2009, plaintiff filed her Second Amended Class Action Complaint, alleging causes of action for (1) Violations of the Federal Fair Debt Collection Practices Act; (2) California Unfair Competition Law; and (3) Unjust Enrichment.

WHEREAS, pursuant to an agreement between the parties, defendants CACH, LLC and Vanessa Martinez will file their responsive pleading to the Second Amended Class Action Complaint no later than August 20, 2009.

212216

1   IT IS HEREBY STIPULATED, by and between plaintiff Juanita Swain and defendants
2   CACH, LLC and Vanessa Martinez through their respective counsel, defendants CACH, LLC and
3   Vanessa Martinez will file their responsive pleading to the Second Amended Complaint no later than
4   August 20, 2009.

Dated: August /0 2009

ALEXANDER COMMUNITY LAW CENTER

By _____
SCOTT MAURER
Attorneys for Plaintiff
JUANITA SWAIN

Dated: August 10 2009

HAYES SCOTT BONINO ELLINGSON & McLAY LLP

By _____
STEPHEN A. SCOTT
DARA M. TANG
Attorney for Defendants
CACH, LLC and VANESSA MARTINEZ

212216

-2-

**STIPULATION OF THE PARTIES– CASE NO.: C 08-05562 JW**

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT defendant CACH, LLC and Vanessa Martinez's responsive pleading to the Second Amended Complaint will be due on August 20, 2009.

Dated: August 12, 2009

_____
The Honorable Judge James Ware