```
STEPHEN A. SCOTT (SBN 67467)
DARA M. TANG (SBN 231413)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone:   650.637.9100
Facsimile:   650.637.8071

Attorneys for Defendants
CACH, LLC and VANESSA MARTINEZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA SWAIN, on behalf of herself and all others similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>CACH, LLC, HOLLINS SCHECHTER, LLP, RUDY GABA and VANESSA MARTINEZ<br><br>Defendants. | Case No. C 08-05562 JW<br><br>**STIPULATION OF PLAINTIFF AND DEFENDANTS CACH, LLC, AND VANESSA MARTINEZ REGARDING TIME TO RESPOND TO THE THIRD AMENDED COMPLAINT; [PROPOSED] ORDER OF THE COURT** |

### STIPULATION OF THE PARTIES

WHEREAS, on December 12, 2008, plaintiff Juanita Swain filed this present complaint in the Northern District of California;

WHEREAS, on November 4, 2009, the court issued its ruling as to defendants' Motion to Dismiss, granting said motion and dismissing the causes of action for (1) California Business and Professions Code §17200 and (2) Unjust Enrichment;

WHEREAS, on November 9, 2009, plaintiff filed her Third Amended Complaint, with a sole cause of action for Violation of the Federal Debt Collection Practices Act;

WHEREAS, pursuant to an agreement between the parties, defendants CACH, LLC and Vanessa Martinez will file their responsive pleading to the Third Amended Class Action Complaint no later than December 7, 2009.

IT IS HEREBY STIPULATED, by and between plaintiff Juanita Swain and defendants CACH, LLC and Vanessa Martinez through their respective counsel, defendants CACH, LLC and Vanessa Martinez will file their responsive pleading to the Third Amended Complaint no later than December 7, 2009

Dated: November 24 2009

LAW OFFICES OF WILLIAM KENNEDY

By *William E Kennedy*
WILLIAM E. KENNEDY
Attorneys for Plaintiff
JUANITA SWAIN

Dated: November 24 2009

HAYES SCOTT BONINO ELLINGSON & McLAY LLP

By _____
STEPHEN A. SCOTT
DARA M. TANG
Attorney for Defendants
CACH, LLC and VANESSA MARTINEZ

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT defendant CACH, LLC and Vanessa Martinez's responsive pleading to the Third Amended Complaint will be due no later than December 7, 2009.

Dated: November 24, 2009

_____
James Ware
United States District Judge