STEPHEN A. SCOTT (SBN 67467)
DARA M. TANG (SBN 231413)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA  94065
Telephone:     650.637.9100
Facsimile:     650.637.8071

Attorneys for Defendants
CACH, LLC and VANESSA MARTINEZ

*IT IS SO ORDERED
AS MODIFIED*
*James Ware*
Judge James Ware

2/9/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA SWAIN, on behalf of herself and all others similarly situation,<br><br>                    Plaintiff,<br><br>          v.<br><br>CACH, LLC, HOLLINS SCHECHTER, LLP, RUDY GABA and VANESSA MARTINEZ<br><br>                    Defendants. | Case No.  C 08-05562 JW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF PLAINTIFF AND DEFENDANTS CACH, LLC, AND VANESSA MARTINEZ REGARDING TIME TO FILE AN OPPOSITION AND REPLY TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT defendant CACH, LLC and Vanessa Martinez's opposition brief to plaintiff's motion for class certification will be filed on or before February 16, 2010 and plaintiff's reply brief to the motion for class certification will be filed on or before February 23, 2010.

IT IS FURTHER ORDERED THAT the hearing on Plaintiff's Motion for Class Certification shall be heard on **March 22, 2010 at 9:00 AM.**  The Defendants' Motion to Dismiss remains on calendar for **March 1, 2010 at 9:00 AM.**

Dated: February 9, 2010

_____
The Honorable Judge James Ware

**[PROPOSED] ORDER GRANTING STIPULATION OF THE PARTIES - CASE NO.: C 08-05562 JW**