

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA SWAIN, on behalf of herself and all others similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>CACH, LLC, HOLLINS SCHECHTER, LLP, RUDY GABA and VANESSA MARTINEZ<br><br>Defendants. | Case No. C 08-05562 JW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF PLAINTIFF AND DEFENDANTS CACH, LLC, AND VANESSA MARTINEZ REGARDING TIME TO FILE AN OPPOSITION AND REPLY TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT defendant CACH, LLC and Vanessa Martinez's opposition brief to plaintiff's motion for class certification will be filed on or before **March 1, 2010** and plaintiff's reply brief to the motion for class certification will be filed on or before **March 8, 2010.**

Dated: February 17, 2010  _____
JAMES WARE
United States District Judge