IT IS SO ORDERED
*James Ware*
Judge James Ware
3/24/2010

HOLLINS•SCHECHTER
KATHLEEN MARY KUSHI CARTER #157790
kcarter@hollins-law.com
JEFFREY R. GILLETTE #123346
jgillette@hollins-law.com
DESIREE A. TELEP #250240
dtelep@hollins-law.com
1851 East First Street, Sixth Floor
Santa Ana, California 92705 - 4017

Telephone: 714.558.9119
Facsimile: 714.558.9091

Attorneys for Defendants, HOLLINS•SCHECHTER and RUDY GABA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA SWAIN on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CACH, LLC, HOLLINS•SCHECHTER, LLP, RUDY GABA and VANESSA MARTINEZ,<br><br>Defendants. | CASE NO: 5:08-CV-05562-JW<br><br>HON. JAMES WARE<br>DEPT 8<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT**<br><br>COMPLAINT FILED: December 12, 2008<br>TRIAL DATE: None |

///
///
///
///
///
///

874745

1

STIPULATION RE EXTENSION TO RESPOND TO COMPLAINT

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

Pursuant to Local Rule 6-1, and based upon the apparent and imminent resolution of this matter, the parties have agreed that Defendants, Hollins·Schechter and Rudy Gaba, Jr. will receive a thirty day extension to respond to Plaintiffs' Fourth Amended Complaint. Defendants' response must be filed on or before April 20, 2010.

DATED: March 17, 2010

HOLLINS·SCHECHTER

By: _____
KATHLEEN MARY KUSHI CARTER
DESIREE ANITA TELEP
Attorneys for Defendants,
HOLLINS·SCHECHTER AND RUDY GABA

DATED: March 17, 2010

LAW OFFICES OF WILLIAM E. KENNEDY

By: _____
WILLIAM E. KENNEDY
Attorney for Plaintiff, JUANITA SWAIN

2
STIPULATION RE EXTENSION TO RESPOND TO COMPLAINT