Scott Maurer (CSB #180830)
(smaurer@scu.edu)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San José, CA 95126
Phone: (408) 288-7030
Fax: (408) 288-3581

William E. Kennedy (CSB #158214)
(willkennedy@pacbell.net)
LAW OFFICES OF WILLIAM E. KENNEDY
2797 Park Ave #201
Santa Clara, CA 95050
Phone: (408) 241-1000
Fax: (408) 241-1500

Eric W. Wright (CSB # 41197)
(ewright@scu.edu)
LAW OFFICES OF ERIC W. WRIGHT
19910 Wright Drive
Los Gatos, CA 95033
(408) 554-4353 – Tel.
(408) 554-4426 – Fax

Attorneys for Plaintiff Juanita Swain and the Proposed Classes

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
3/24/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA SWAIN, on behalf of herself and all others similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>CACH, LLC, HOLLINS SCHECHTER, LLP, RUDY GABA and VANESSA MARTINEZ<br><br>Defendants. | Case No. C 08-05562 JW<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF PLAINTIFF AND DEFENDANTS CACH, LLC, AND VANESSA MARTINEZ REGARDING ORDER TO SHOW CAUSE RE SETTLEMENT AND SETTING A DATE FOR A PRELIMINARY APPROVAL HEARING |

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT

1) the court's Order to Show Cause Re Settlement dated March 3, 2010 is VACATED;

2) A hearing to determine whether or not Preliminary Approval should be granted to the parties' settlement is set for April 12, 2010 at 9:00 AM. The parties are directed to submit their joint application for approval on or before March 29, 2010.

This Order also terminates Docket Item No. 73 as MOOT.

Dated: March 24, 2010

_____
The Honorable Judge James Ware