1  STEPHEN A. SCOTT (SBN 67467)
   DARA M. TANG (SBN 231413)
2  HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
   203 Redwood Shores Parkway, Suite 480
3  Redwood City, CA  94065
   Telephone:    650.637.9100
4  Facsimile:    650.637.8071

5  Attorneys for Defendants
   CACH, LLC and VANESSA MARTINEZ

**DENIED**
*Judge James Ware*
3/31/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA SWAIN, on behalf of herself and all others similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>CACH, LLC, HOLLINS SCHECHTER, LLP, RUDY GABA and VANESSA MARTINEZ<br><br>Defendants. | Case No.  C 08-05562 JW<br><br>[~~PROPOSED~~] ORDER DENYING STIPULATION OF PLAINTIFF AND DEFENDANTS CACH, LLC, AND VANESSA MARTINEZ TO CONTINUE THE APRIL 12, 2010 HEARING DATE FOR PRELIMINARY APPROVAL TO APRIL 21, 2010 |

[~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT the April 12, 2010 hearing date for Preliminary Approval remains on calendar as previously set for 9:00 AM.

Dated: March___31___, 2010

_____
The Honorable Judge James Ware

255876                                          -1-

[PROPOSED] ORDER GRANTING STIPULATION OF THE PARTIES - CASE NO.: C 08-05562 JW