IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Juanita Swain, | NO. C 08-05562 JW |
|     Plaintiff, | **ORDER SETTING DEADLINE TO SELECT THIRD-PARTY CLASS ADMINISTRATOR, SUBMIT AMENDED PROPOSED ORDER, AND SELECT DATE FOR HEARING ON FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** |
| v. | |
| CACH, LLC, et al., | |
|     Defendants. | |
| _____/ | |

On April 12, 2010, the Court conducted a hearing on the parties' Joint Motion for Conditional Certification and Preliminary Approval of Class Action Settlement Agreement. (hereafter, "Joint Motion," Docket Item No. 78.) At the hearing, the Court expressed its concern with the parties' proposal that CACH act as Class Administrator, due to its potentially conflicting roles as a Defendant in the case and a party to the Settlement Agreement. Thus, the Court reserves its decision on the parties' Joint Motion until such time that the parties' are able to adequately address the Court's stated concern.

Accordingly, the Court orders as follows:

(1) On or before **April 16, 2010**, the parties shall select an independent third-party Class Administrator and shall allocate among themselves any costs associated with administrating the Settlement Agreement.

(2) On or before **April 19, 2010**, the parties shall submit to the Court an Amended Proposed Order reflecting the new Class Administrator and allocation of costs, and

fill in the hearing date for the anticipated Joint Motion for Final Approval of Class Action Settlement.  The Court will make available to the parties **June 28, 2010 at 9 a.m.** or **September 27, 2010 at 9 a.m.** for the hearing.  The parties shall include their preferred hearing date in the Amended Proposed Order.

Dated: April 13, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kathleen Mary Kushi Carter kcarter@hollins-law.com
Linda Luna lluna@hollins-law.com
Scott C. Maurer smaurer@scu.edu
Stephen Alter Scott sscott@hayesdavis.com
William Eric Kennedy willkennedy@pacbell.net

**Dated: April 13, 2010**                              **Richard W. Wieking, Clerk**

                                                         **By:   /s/ JW Chambers**
                                                               **Elizabeth Garcia**
                                                               **Courtroom Deputy**