Scott Maurer, C.S.B. #180830
smaurer@scu.edu
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San Jose CA 95126
(408) 288-7030 – Tel.
(408) 288-3581 – Fax

William E. Kennedy C.S.B. #158214)
willkennedy@pacbell.net
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
Phone: (408) 241-1000
Fax: (408) 241-1500

Eric W. Wright
(ewright@scu.edu)
LAW OFFICES OF ERIC W. WRIGHT
19910 Wright Drive
Los Gatos, CA 95033
(408) 554-4353 – Tel.
(408) 554-4426 – Fax.

Attorneys for Plaintiff Juanita Swain
and others similarly situated

**IT IS SO ORDERED**
*Judge James Ware*
5/4/2010

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JUANITA SWAIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CACH, LLC, et al<br><br>Defendants. | Case No.: C-08-05562 JW<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANTS HOLLINS • SCHECTER, LLC AND RUDY GABA, JR. (ONLY)**<br><br>F.R.Civ.P. 41(a) |

---

Stipulation of Dismissal
1

## STIPULATION OF THE PARTIES

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendants HOLLINS • SCHECTER, LLC, and RUDY GABA, JR. be and hereby are dismissed without prejudice pursuant to FRCP 41(a)(1). Further, each party shall be responsible for bearing their own costs and fees.

SO STIPULATED

Dated: April 16, 2010        ALEXANDER COMMUNITY LAW CENTER


By:_____/s/_____
    SCOTT MAURER
    Attorneys for Plaintiff JUANITA SWAIN and the
    members of the proposed class


Dated: April 27, 2010        HOLLINS • SCHECTER, LLC

By:_____
    LINDA LUNA
    KATHLEEN MARY KUSHI CARTER
    Attorneys for Defendants HOLLINS •
    SCHECHTER, LLC and RUDY GABA, JR

## PROOF OF SERVICE

### (1013A(3) Code Civ. Proc. Revised 5/1/88)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1851 E. First Street, 6th Floor, Santa Ana, California 92705-4017.

On April 27, 2010, I served the foregoing document described as **STIPULATION OF DISMISSAL AS TO HOLLINS•SCHECHTER AND RUDY GABA, JR. ONLY** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☐ by overnight delivery via Federal Express pursuant to Code of Civil Procedure section 1013.

☐ by FAX. I faxed said document pursuant to Rules of Court rule 2.306, on _____, at approximately _____ from my facsimile telephone number 714.558.9091.

The document was transmitted by facsimile transmission and the transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine. A copy of the transmission report is attached to this proof of service.

☐ by personal delivery to:

☒ by mail as follows: I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ I caused such document to be served on this date by electronic transmission via CAND-ECF website in accordance with standard procedures and will be posted on the website by the close of the next business date and the webmaster will give e-mail notification to all parties.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 27, 2010, at Santa Ana, California.



TAMMY CORTEZ

898466.doc

| | |
|---|---|
| **Case Name:** SWAIN V. CACH, HOLLINS SCHECHTER | |
| **Case No.:** 5:08-CV-05562-JW | |
| **Our File No.:** HS 27846 | |

## MAILING LIST

William E. Kennedy, Esq
LAW OFFICES OF
WILLIAM E. KENNEDY
2797 park Avenue, Suite 201
Santa Clara, CA  95050
TEL: (408) 241-1000
FAX: (408) 241-1500

*Attorney for Plaintiff, JUANITA SWAIN and the PROPOSED CLASS*

Scott Maurer
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San Jose, CA  95126
TEL: (408) 288-7030
FAX: (408) 288-3581

*Attorney for Plaintiff, JUANITA SWAIN and the PROPOSED CLASS*

Eric W. Wright
LAW OFFICES OF ERIC W. WRIGHT
19910 Wright Drive
Los Gatos, CA 95033
TEL: (408) 554-4353
FAX: (408) 554-4426
***SERVED VIA U.S. MAIL ONLY***

*Attorney for Plaintiff, JUANITA SWAIN and the Proposed Classes*

Stephen A. Scott
HAYES SCOTT BONINO ELLINGSON & MCLAY
203 Redwood Shores Parkway
Suite 480
Redwood City, CA 94065
TEL: (650) 486-2867
FAX: (650) 637-8071

*Attorneys for Defendants, CACH, LLC and VANESSA MARTINEZ*

898466.doc

| | |
|---|---|
| Manny Newburger<br>BARRON, NEWBURGER &<br>SINSLEY, LLC<br>5718 Westheimer, Suite 1755<br>Houston, Texas 77057<br>TEL: (713) 335-0141<br>FAX: (713) 335-0150 | ***Attorneys for Defendants, CACH, LLC***<br>***and VANESSA MARTINEZ*** |