IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Juanita Swain,<br><br>              Plaintiff,<br>   v.<br>CACH, LLC, et al.,<br><br>              Defendants.<br>                                         / | NO. C 08-05562 JW<br><br>**ORDER RE: FINAL APPROVAL HEARING** |

This case is set for a hearing on September 27, 2010 at 9 a.m. for Final Approval of Class Settlement. On September 21, 2010, the parties filed their Motion for Final Approval of Settlement and Judgment; Award of Attorneys' Fees and supporting documents. (See Docket Item Nos. 100-106.) The Court finds that the parties' submissions are not complete for its evaluation of the Final Settlement. Accordingly, on or before **September 24, 2010 at 10 a.m.**, the parties shall file and lodge with the Court:

    (1)    A signed copy of the revised Final Settlement Agreement;

    (2)    Verification that the revised Notice was sent to Class Members, rather than the original version;

    (3)    Verification that both Spanish and English versions of the Notice were mailed to Class Members;

    (4)    Verification that the Motion for Award of Attorney's Fees comports with the Ninth Circuit's requirements for attorney fee applications under In re Mercury Interactive Secs. Litig., No. 08-17372, slip op. at 12202 (Aug. 18, 2010).

Dated: September 23, 2010

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Kathleen Mary Kushi Carter kcarter@hollins-law.com
   Linda  Luna lluna@hollins-law.com
3  Scott C. Maurer smaurer@scu.edu
   Stephen Alter Scott sscott@hayesscott.com
4  William Eric Kennedy willkennedy@pacbell.net

5
   **Dated:  September 23, 2010**                    **Richard W. Wieking, Clerk**
6

7                                                    **By:      /s/ JW Chambers**
                                                         **Elizabeth Garcia**
8                                                        **Courtroom Deputy**